LaTrice Edwards

Apt 504B
Los Angeles, CA
90057
Telephone: (213) 674-4276

FILED

2018 JAN 25 PM 2: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Wilshire Royale Pacific, LLC,

        Plaintiff,

v.

Patrice Edwards

        Defendant,

CASE NO.
CV18-00653 ODW (AS)
Cal. Superior Court, County of Los
Angeles, Case No. 17STUD04424

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1331, 1367, 1338,
1441, AND 1446, AND 15 U.S.C. § 1121(a)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367(a), 1338, 1441, 1446, and

15 U.S.C. § 1121(a), defendant   **PATRICE EDWARDS**,

    hereby remove the above captioned civil action, and all claims and causes of action

therein, from the Superior Court of California, County of Los Angeles, to the United States

7) District Court for the Central District of California, Western Division

## COMPLAINT

Wilshire Royale Pacific and their attorney were very ignorant. They told the Judge that I was so poor and has a disability which make me unable to take care of myself.

I had to tell the Judge that I have live at the apartment since 2008 and I can always find a job with the help of Vocational Rehab. Vocational Rehab. would give me stipend while I look for work.

They complain that because I only get $900 something from SSI (Social Security Income) and their rent $700 something...    They argue that I am unable to pay my rent. They are asking me and the Judge, "Can she move in with some relatives?"

I told the Judge that I do not want to depend on anyone. I am not starving. Again, I have live at the apartment since 2008, and I do see that my cost of living is stalling and my rent is increasing.

They are saying things that are so rude in the court. It really hurts me so bad. It has nothing to do with me failing to pay the rent.

They returned the check because I need to add $30 more onto it. I told them to wait because my mother is sending me a check. Few days later, they filed eviction. Yes I would pay the rent, but they added late fee.

They aren't interesting in taking my rent. They want me to move OUT. So that they can rent my unit out to new tenant for $1,500.

They are being greedy. They aren't interesting in making deal with me. They just want me OUT OUT OUT.

I feel that my SSI (Social Security Income), Cost of Living and their

discrimination and hurtful words are something that the Federal Court should deal with. Since Civil Right and SSI have something to do with the Federal Government.

I told the Judge that I would protest this, and use this case to show the Government that they need to increase my cost of living. Because people like me are dealing with greedy landlord. There has to be a law to limit the cost of the home and apartment or maybe have more affordable home. It is stupid to charge an apartment room for over $1,500.

My mother has a huge house and she doesn't pay $1,500 a month for that. Cost of living is a joke. It should be call Cost of Striving.    Since I can't live anywhere with this cost of living, SSI.

They are harassing me, which is a violation to HUD. They don't care if I'll end up homeless. They are mistreating me. Abusing me. I want the Judge at the Federal Court to hear what they are saying. It is so unbelievable!!!!

*Patrice Edmonds*

1-25-18

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Chris Evans #202135/Valerie Parks #313312<br>Kimball, Tirey & St. John LLP<br>555 South Flower Street, Suite 3400<br>Los Angeles, CA 90071<br>TELEPHONE NO: (213) 337-0050     FAX NO *(Optional)*: (213) 337-0080<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>NOV 16 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Deputy<br>Victor Sino-Cruz |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 110 NORTH GRAND AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF: Wilshire Royale Pacific, LLC

DEFENDANT: Patrice Edwards

[X] DOES 1 TO 10 inclusive

| COMPLAINT - UNLAWFUL DETAINER*<br>[X] COMPLAINT  [ ] AMENDED COMPLAINT *(Amendment Number)*: _____ | CASE NUMBER:<br>**17STUD04424** |
|---|---|

**Jurisdiction** *(check all that apply)*:
[X] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [X] does not exceed $10,000
                 [ ] exceeds $10,000 but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply)*:
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)    [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF *(name each)*: Wilshire Royale Pacific, LLC

alleges causes of action against DEFENDANT *(name each)*:
Patrice Edwards

2. a. Plaintiff is  (1) [ ] an individual over the age of 18 years.  (4) [ ] a partnership.
              (2) [ ] a public agency.                     (5) [ ] a corporation.
              (3) [X] other *(specify)*:    Limited Liability Company

    b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
2619 Wilshire Boulevard, #504B
Los Angeles, CA 90057
County of LOS ANGELES

4. Plaintiff's interest in the premises is  [X] as owner  [ ] other *(specify)*:
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: 11/1/2014                    defendant *(name each)*:
    Patrice Edwards

    (1) agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy *(specify)*: 1 Year
    (2) agreed to pay rent of $    681.35 payable [X] monthly [ ] other *(specify frequency)*:
    (3) agreed to pay rent on the [X] first of the month [ ] other day *(specify)*:
  b. This [X] written [ ] oral  agreement was made with
    (1) [ ] plaintiff.                  (3) [ ] plaintiff's predecessor in interest.
    (2) [X] plaintiff's agent.         (4) [ ] other *(specify)*:

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

                                                    Page 1 of 3

CEB | Essential Forms
ceb.com

*Exhibits*

| PLAINTIFF *(Name):*  Wilshire Royale Pacific, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):*  Patrice Edwards | |

6. c. ☒ The defendants not named in item 6a are
      (1) ☐ subtenants.
      (2) ☐ assignees.
      (3) ☒ other *(specify):*   unknown as to Does.
   d. ☒ The agreement was later changed as follows *(specify):*
      Rent Adjusted to $ 789.00 in accordance with California law

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
      and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
   f. ☒ *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
      (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
      (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each):* Patrice Edwards

      was served the following notice on the same date and in the same manner:
      (1) ☒ 3-day notice to pay rent or quit    (4) ☐ 3-day notice to perform covenants or quit
      (2) ☐ 30-day notice to quit          (5) ☐ 3-day notice to quit
      (3) ☐ 60-day notice to quit          (6) ☐ Other *(specify):*
   b. (1) On *(date):*   11/08/2017         the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc.,*
      *§ 1166.)*
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different
      manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required*
      *by items 7a-e and 8 for each defendant.)*

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
      (1) ☐ by personally handing a copy to defendant on *(date):*
      (2) ☐ by leaving a copy with *(name or description):*
         a person of suitable age and discretion, on *(date):*         at defendant's
         ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
         *(date):*         because defendant cannot be found at defendant's residence or usual
         place of business.
      (3) ☒ by posting a copy on the premises on *(date):*   11/5/2017   ☐ AND giving a copy to a
         person found residing at the premises AND mailing a copy to defendant at the premises on
         *(date):*   11/5/2017
         (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
         (b) ☒ because no person of suitable age or discretion can be found there.
      (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered
         mail addressed to defendant on *(date):*
      (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written
         commercial lease between the parties.
   b. ☐ *(Name):*
      was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

CEB | Essential Forms
ceb.com

| PLAINTIFF (Name):   Wilshire Ro  : Pacific, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name):   Patrice Edwards | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $      789.00

11. ☒ The fair rental value of the premises is $      26.30 per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒ A written agreement between the parties provides for attorney fees.

14. ☒ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):* Rent Stabilization Ordinance of the City of Los Angeles, passed April 21, 1979.

      Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $      789.00
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.

    f. ☒ damages at the rate stated in item 11 from *(date):* 12/01/2017    for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):*   2

### UNLAWFUL DETAINER ASSISTANT  (Bus. & Prof. Code, §§ 6400-6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's name:
    b. Street address, city, and zip code:

    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 11/16/2017

Rachel Chang
Bar #311449

▶

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/16/2017

▶ See Attachment

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF)

CEB | Essential
ceb.com | Forms



# POLARIS

### NOTICE TO PAY RENT OR QUIT

TO:  Patrice Edwards
AND ALL OTHERS IN POSSESSION: _____

WITHIN THREE DAYS, after the service on you of this notice, you are hereby required to pay the delinquent rent of the premises herein after described, of which you now hold possession, as follows:

**$789.00       FROM November 01, 2017  THROUGH November 30, 2017**

Or you are hereby required to deliver up possession of the hereinafter described premises, within three (3) days after service on you of this notice, to __Wilshire Royal Pacific LLC__ ., who/which is authorized to receive the same, or legal proceedings will be instituted against you to declare the forfeiture of the lease or rental agreement under which you occupy the herein below described property and to recover possession of said premises, to recover all rent past due, to recover court costs, attorneys fees as permitted by law, and possible additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b), as a result of your failure to comply with the terms of this notice.

The premises herein referred to is situated in the City of Los Angeles, County of __Los Angeles__, State of California, designated by the number and street as __2619 Wilshire Blvd #504B__.

You are further notified that if you fail to perform or otherwise comply, Owner/Agent does hereby elect to declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises.

Payment must be made to the owner/agent at the following address:
Leasing Office _____                         **Name of Manager:** Debra Haro.
 2619 Wilshire Blvd.
Los Angeles, CA 90057

Telephone number for the above-address: (213) 365-1150

Payments made in person shall be delivered to owner/agent between the hours __9am-6pm__ on the following days of the week:  Monday - Friday

[x] There is a 24-hour drop box available at said location for your convenience.

Dated: _____11/5/2017_____                    By: _____
                                                         Agent for Landlord/Owner

Please also understand that this correspondence is an attempt to collect the debt, and any information obtained will be used for this purpose.

EXHIBIT 

## VERIFICATION

I, the undersigned, say:

That I am the attorney for the Plaintiff in this action and I make this verification for and on behalf of the party for the following reasons:

☐ The Plaintiff is absent from the County of Los Angeles, California, where I have my office; or

☒ The Plaintiff is unable to verify this pleading as of the date set forth below because Plaintiff is temporarily unavailable.

I have read the attached Complaint for Unlawful Detainer and know its contents.  I am informed and believe, and on that ground allege, that the matters stated in it are true.

Executed on _____ November 16, 2017 _____, at Los Angeles, California.  I declare under penalty of perjury that the foregoing is true and correct.

KIMBALL, TIREY & ST. JOHN
Attorneys for Plaintiff

Rachel Chang
Bar#311449

**LAW OFFICES OF**

# nball, Tirey & St. John LLP

555 S. Flower Street, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 337-0050  Facsimile: (213) 337-0080
**www.kts-law.com**

Dear Patrice Edwards:

Our firm has been retained to proceed with the eviction process. This process began with filing a lawsuit against you for Unlawful Detainer, attached hereto.

This letter shall constitute Plaintiff's good faith attempt to initiate settlement of this action pursuant to paragraph 2 of the attached December 6, 2016 Unlawful Detainer General Order. If you desire to contact our firm with a reasonable settlement offer, please communicate in writing only outlining the terms of the proposed settlement. Said offer may be sent to our Office via facsimile to (213) 337-0080, via email to: info@kts-law.com or via U.S. Mail to the address indicated above.

Please be advised that we will not postpone prosecution of this matter while awaiting a settlement proposal or while engaging in settlement discussions.

2017-GEN-020

**FILED**
Superior Court of California
County of Los Angeles

OCT 1 0 2017

Sherri R. Carter, Executive Officer/Clerk

By _Rizalinda Minn_ , Deputy
Rizalinda Minn

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| RE: LIMITED JURISDICTION ) | 4th AMENDED |
| UNLAWFUL DETAINER CASES – HUB ) | GENERAL ORDER |
| FILING LOCATIONS ) | |
| ) | |
| ) | |
| ) | |

Pursuant to the authority set forth in Rule 10.603 of the California Rules of Court, and as authorized by resolutions of the Los Angeles Superior Court Executive Committee on March 21, 2012, and on February 20, 2013, acting pursuant to Local Rule 1.7(a), it is hereby ordered as follows:

Any Local Rule inconsistent with the matters set forth below remains suspended as previously ordered on March 18, 2013.

Effective October 10, 2017, all Los Angeles Superior Court limited jurisdiction unlawful detainer cases must be filed in a regional 'Hub' courthouse: downtown Los Angeles (Stanley Mosk), West Covina, Pasadena, Chatsworth, Antelope Valley (Michael D. Antonovich), Van Nuys, Long Beach (Governor George Deukmejian), Compton, Norwalk, Inglewood, and Santa Monica.

Boundaries for new limited jurisdiction unlawful detainer case filing locations can be found under LASC Local Rule 2.3(a)(2) at www.lacourt.org. These are established by the U.S. Postal Service Zip Code related to the location of the property. Once the property's U.S. Postal Service Zip Code is determined, parties should reference the attached table to determine in which Hub the case must be filed.

A copy of the attached table will be posted in every courthouse in order to assist in determining the new filing location.

2017-GEN-020

The limited jurisdiction unlawful detainer Hub courthouses are located in:

- Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles, 90012

- West Covina Courthouse, 1427 West Covina Parkway, West Covina, 91790

- Pasadena Courthouse, 300 East Walnut, Pasadena, 91101

- Chatsworth Courthouses, 9425 Penfield Avenue, Chatsworth, 91311

- Michael D. Antonovich Antelope Valley North Courthouse, 42011 Fourth Street West, Lancaster, 93534

- Van Nuys Courthouse, 6230 Sylmar Avenue, Van Nuys, 91401

- Long Beach Courthouse, 275 Magnolia Avenue, Long Beach, 90802

- Compton Courthouses, 200 W. Compton Boulevard, Compton 90220

- Norwalk Courthouse, 12720 Norwalk Boulevard, Norwalk, 90650

- Inglewood Courthouse, 110 E. Regent Street, Inglewood, 90301

- Santa Monica Courthouse, 1725 Main Street, Santa Monica, 90401

This information is also available on the Los Angeles County Superior Court website at www.lacourt.org. This General Order shall be posted on the Court's website.

Effective immediately, this General Order is to remain in effect until otherwise ordered by the Presiding Judge.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

DATED: October 10, 2017

DANIEL J. BUCKLEY
Presiding Judge

2

 

**dcba.lacounty.gov**

# Resolve your lawsuit online before your trial date



**Use Online Dispute Resolution from the County of Los Angeles Department of Consumer and Business Affairs. Our mediation services are available at no cost and can help you resolve your case from the comfort of your own home.**

## How We Can Help:

**Efficient and effective:** With Online Dispute Resolution, you are in control, not the courts. You decide whether a settlement is right for you. You save time and money, and avoid the inconvenience of going to Small Claims Court.

**Flexible:** You can select the schedule and type of Online Dispute Resolution that works best for you. You can live chat with a mediator, submit an offer to settle, or participate in a video mediation.

**Experienced:** Our trained mediators are neutral third parties who can help you reach a reasonable settlement.

## How to get started with Online Dispute Resolution:

### Visit our website

dcba.lacounty.gov

### Email us at

mediation@dcba.lacounty.gov

### Or call

(213) 974-0826

 

**LOS ANGELES COUNTY CONSUMER & BUSINESS AFFAIRS**

**dcba.lacounty.gov**

# Resuelva su demanda por Internet antes de la fecha de su juicio



Use el servicio virtual de resolución de disputas (Online Dispute Resolution) del Departamento de Servicios Para Consumidores y Negocios del Condado de Los Ángeles. Nuestros servicios son gratuitos y pueden ayudarle a resolver su caso desde la comodidad de su hogar.

## Podemos ayudarle. Nuestro servicio es:

**Eficiente y Eficaz:** Con el servicio de resolución de disputas, usted está en control, no la corte. Usted decide si está satisfecho con el acuerdo logrado. Este método le puede ahorrar tiempo, dinero y evitarle la inconveniencia de ir a corte.

**Flexible:** Puede utilizar nuestro sistema virtual para seleccionar la fecha y el método más conveniente para usted. También podrá elegir la opción de comunicarse con su mediador por "chat", proponer su propio acuerdo, o participar en sesiones de mediación por videoconferencia.

**Profesional:** Nuestros mediadores están capacitados, son imparciales, y podrán ayudarle en llegar a un acuerdo razonable.

## Como iniciar una resolución con nuestro servicio:

### Visite Nuestra Sitio Web

dcba.lacounty.gov

### Envié un Correo Electrónico

mediation@dcba.lacounty.gov

### O Llame

(213) 974-0826

**FILED**

LOS ANGELES SUPERIOR COURT

DEC 0 6 2016

SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK

*C. Casarez*

BY C. CASAREZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

GENERAL ORDER

|  |  |
|---|---|
| In re Los Angeles Superior Court Cases<br>General Order – Limited Jurisdiction Unlawful<br>Detainer (Eviction) Cases Assigned to Stanley Mosk<br>Courthouse | ) )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY: PLEASE TAKE NOTICE that pursuant to the California Code of Civil Procedure [CCP], the California Rules of Court [CRC], and the Los Angeles County Rules [LASC], the Court makes the following orders:

**SERVICE OF THIS ORDER**

1.   Each plaintiff is ordered to serve a copy of this general order on each defendant along with copies of the summons and complaint, and to file proof of this service as mandated in this order. [CCP § 594(b)]

**EARLY SETTTLEMENT MEETING**

2.   Each plaintiff is ordered to contact each defendant within 10 days of service in good faith to initiate settlement of the action. Such contact shall be made orally or in writing with the objective of having the case dismissed within 60 days of its filing. It is the Court's intent that, where possible, every effort should be made to keep settled cases from becoming public as provided in CCP § 1161.2(a)(5) and (a)(6). If the parties agree, the Court will retain jurisdiction to enforce any settlement after dismissal. [CCP § 664.6]

**SERVICE BY POSTING AND MAILING**

3.   Service of the summons and complaint on a named party by posting and mailing may only be done after an order is obtained, based upon an affidavit of due diligence. [CCP § 415.45(a)] Such an order will not extend to unnamed or unknown occupants.

**ADDRESSES AND TELEPHONE NUMBERS**

4.   Absent good cause, each party must have an address and telephone number listed on each document filed with the Court. [CRC 2.111 and 2.118]

**LAW AND MOTION**

5.   All regularly noticed motions and demurrers will be heard each court day at 1:30 p.m. Hearing dates must be reserved by calling the calendar clerk in Department 94 at (213) 830-0794 or obtaining a date at the time the motion is filed. All motions, oppositions to the motions, and reply papers should be filed in Room 102 of the Stanley Mosk Courhouse.

6.  If not served by personal delivery, the moving party must comply with the time extensions for notice required by CCP § 1013. The motion will not be heard otherwise.

7.  Absent good cause, motions set on five days' notice should not be personally served on the last day of the week preceding the hearing. [LASC Rule 3.26 and Appendix 3A(b)(1-6)]

8.  A separate statement of undisputed or disputed facts is not required for summary judgment motions [CCP § 437c(r) and § 1170.7, CRC 3.1350(c) and rule 3.1351]. However, in cases with multiple parties, complicated evidentiary or legal issues, the Court may continue the hearing and order the parties to file such statements.

## EX PARTE APPLICATIONS

9.  Ex parte applications should be noticed for 1:30 p.m. in Department 94. Ex parte applications with fee waivers are processed in Room 106, on the first floor. All applications must be filed by 11 a.m. in Room 102. [LASC Rule 3.5(a)(3)] Ex parte applications shall have a separate application, a separate declaration of ex parte notice and a proposed order. Absent good cause, notice must be given by 10 a.m. the day before the hearing as required by CRC 3.1204.

## JURY TRIAL DEMANDS AND FEES

10. The right to a jury trial may be deemed waived unless it is timely requested. [CCP § 631(f)(4)] If one or more of the parties have demanded a jury trial, jury fees shall be deposited no later than five days before trial. [CCP § 631(b) and (c)(1)] Failure to pay the required fee as required by law may result in a waiver of jury trial.

11. With a timely qualifying fee waiver, the Court may waive juror fees and expenses for those parties. Parties must complete and submit an official Fee Waiver Request form and order [Judicial Council Forms FW-001 and FW-003] for consideration to receive these services at no charge.

## STIPULATIONS TO CONTINUE TRIAL

12. A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to the postponement. Stipulated trial court continuances may continue the trial date for an indefinite period of time, and will not be limited to 30 days. The stipulation and order should be filed in Room 102 with the required filing fees. [CCP § 595.2 and California Govt. Code § 70617(c)(2)] Stipulations to continue trial must be filed 5 days in advance or an appearance to continue the trial by at least one party will be necessary.

## INTERPRETERS AND COURT REPORTERS

13. The Court will provide an interpreter for parties and witnesses at no charge.

14. Proceedings in Court will not be transcribed by a court reporter unless supplied by a party to the action as permitted by LASC Rule 2.21.

## JURY AND COURT TRIALS

15. Parties to an unlawful detainer action must be ready to go to trial on the day of trial. Trial readiness—within the meaning of this General Order—is the ability to begin trying a case forthwith or as directed by the Court. Accordingly, parties who appear on the day of trial and are not ready to try their case or parties who announce "trial-ready" but are not prepared to immediately try a case are not acting in compliance with this General Order, regardless of whether the parties' attorneys are appearing on behalf of other litigants in different actions on the same day. Misrepresentations of a case's trial readiness on the day of trial is a violation of this General Order and may subject the offending party to the imposition of monetary sanctions.

16. On the day of trial, parties should have with them all of the following:

    i.    Joint Statement of the case;
    ii.   Motions in Limine which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court; [*See* LASC Rule 3.57]
    iii.  Joint Witness List disclosing the witnesses who will be called, what they will testify to, whether an interpreter is needed, and how long their testimony will take;
    iv.   Joint Exhibits in exhibit books, numbered appropriately, and a Joint Exhibit List; [*See* LASC Rules 3.52 and 3.53]
    v.    If a jury trial, Joint Proposed Jury Instructions printed out for the court; and,
    vi.   If a jury trial, Joint Proposed Verdict Form(s) printed out for the court.
    vii.  To assist the parties, a UD Jury Trial Readiness packet (LACIV 244) is available on the court's website, which is: www.lacourt.org/forms/unlawfuldetainer

17. If a party fails or refuses to meet and confer, the other party or parties shall prepare and bring to trial the foregoing matters labeled as "[Proposed] Joint Documents."

18. Failure to provide any of the aforementioned documents in this General Order on the trial date may cause a delay in the case being assigned to a trial court. Failure to comply with any provisions of this General Order without substantial justification may result in monetary sanctions.

IT IS SO ORDERED.

DATE _DECEMBER 6, 2016_

Kevin C. Brazile, Supervising Judge, Civil

3

GEN-16-Limited Jurisdiction Portal-PJ

**FILED**
Superior Court of California
County of Los Angeles

**JUN 29 2016**

Sherri R. Carter, Executive Officer/Clerk

By _____, Deputy
Rizalinda Miss

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Limited Jurisdiction Civil Cases Calendared in the Los Angeles County Superior Court | GENERAL ORDER RE LIMITED JURISDICTION CIVIL PROCEDURES: NOTICE OF WEB PORTAL AVAILABILITY FOR INTERPRETER REQUESTS (Effective July 11, 2016) |

TO EACH PARTY:

In order to expedite the availability of interpreters at hearings on limited jurisdiction civil cases, IT IS HEREBY ORDERED that each limited jurisdiction civil plaintiff shall, along with the complaint and other required documents, serve all named defendants with the *Notice of the Availability of Web Portal for Interpreter Requests*; this notice informs the litigants that the Los Angeles County Superior Court provides interpreter services in limited jurisdiction civil cases at no cost to parties with limited English proficiency and that Spanish language interpreters are available in courtrooms where limited jurisdiction civil hearings are held. The notice will be provided to the plaintiff at the time the limited jurisdiction civil action is filed, if filed at the clerk's office, and will also be posted on the Los Angeles County Superior Court internet website (http://www.lacourt.org/). Plaintiff(s) must then indicate service of the *Notice of Availability of Web Portal for Interpreter Requests* on line 2(f) of the Proof of Service of Summons form (POS-010).

Effective immediately, this General Order is to remain in effect until otherwise ordered by the Presiding Judge.

DATED: June 29, 2016

CAROLYN B. KUHL
Presiding Judge

1

Notice of Availability of Limited Civil Jurisdiction Web Portal for Interpreter Requests

The Los Angeles Superior Court provides interpreter services at no cost to parties with limited English proficiency in Limited Civil jurisdiction hearings. Spanish interpreters are available at all courthouse locations. Therefore, it is not necessary to request a Spanish language interpreter in advance. If you require a Spanish interpreter, please let the courtroom staff know about your need on the day of your hearing. Limited English proficient individuals who speak a language other than Spanish may request an interpreter in advance of their court hearing via the Court's Web Portal for Interpreter Requests (http://www.lacourt.org/irud/UI/index.aspx). While the Court will make every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one will be immediately available. If you have general questions about language access services, please contact us at LanguageAccess@LACOURT.org.

Ծանուցագիր սահմանափակ իրավասության քաղաքացիական գործերով Թարգմանչական ծառայության ինտերնետ ներկայացնելու համար նախատեսված առցանց դարպասի առկայության մասին

Լոս Անջելեսի Առաջին ատյանի դատարանն անվճար թարգմանչական ծառայություններ է տրամադրում սահմանափակ իրավասության քաղաքացիական վարույթներով՝ անգլերեն սահմանափակ իմացությամբ ունեցող կողմերին: Իսպաներեն թարգմանչի ծառայություններ բոլոր դատարաններում է սպասարկված: Ուստի, իսպաներեն թարգմանիչ հայցվելու անհրաժեշտ չէ: Եթե իսպաներենի թարգմանչի կարիք ունեք, ապա խնդրում ենք այդ մասին Ձեր լսման օրը տեղեկացնել դատարանի դահլիճի անձնակազմին: Անգլերեն սահմանափակ իմացություն ունեցող անձինք, ովքեր խոսում են իսպաներենից տարբեր մեկ այլ լեզվով, կարող են դատարանի խնդրանք ներկայացնել նախքան իրենց լսման օրը, Դատարանի Թարգմանչական ծառայություն խնդրանքներ համար նախատեսված առցանց դարպասի միջոցով (http://www.lacourt.org/irud/UI/index.aspx): Թեև դատարանն ամեն ինչ կանի Ձեր լսման օրն ու ժամին թարգմանիչ ներկայացնելու համար, սակայն դատարանը չի երաշխավորում, որ նման ներկայություն անմիջապես հնարավոր կլինի ապահովել: Լեզվական մատչելիության ծառայություննների հետ կապված ընդհանուր հարցերի դեպքում, խնդրում ենք կապվել մեզ հետ LanguageAccess@LACOURT.org:

关于对有限民事管辖权传译员申请网络门户的可用性通知

在有限民事管辖权庭审中，洛杉矶高等法院为英语能力有限的各方人士提供免费传译员服务。在所有法庭中，均有现成的西班牙语传译员。因此您不需要提前申请西班牙语传译员。如果您需要西班牙语传译员，请在您的庭审当日将您的需求告知法庭工作人员。在庭审前，英语能力有限的非西班牙语母语人士可以通过法院的传译员申请网络门户(http://www.lacourt.org/irud/UI/index.aspx)提前申请传译员。法院会尽力按您的庭审日期和时间安排传译员，但法院无法保证能够即时提供传译员。如果您有关于语言服务的疑问，请联系LanguageAccess@LACOURT.org。

통역사 신청을 위한 소액 청구 웹 포털 이용 통지

로스앤젤레스 상급법원은 소액 청구 심리에서 영어가 능숙하지 않은 당사자들에 대해 통역 서비스를 무료로 제공합니다. 스페인어 통역사는 소액 청구 심리가 열리는 모든 법정에서 손쉽게 제공될 수 있습니다. 스페인어 통역사가 필요한 경우에는 심리가 열리는 날에 법정 직원에게 알려 주십시오. 스페인어가 아닌 다른 언어를 사용하고 영어가 능숙하지 않은 개인들은 통역사 신청을 위한 법원 웹 포털을 통해서 재판일 전에 통역사를 신청할 수 있습니다(http://www.lacourt.org/irud/UI/index.aspx). 법원은 심리 날짜와 시간에 통역사를 찾기 위해 모든 노력을 기울일 것이나, 통역사를 즉시 제공한다는 것을 보장할 수 없습니다. 언어 접근 서비스에 대한 질문이 있으시면, 다음의 이메일 주소로 연락해 주십시오. LanguageAccess@LACOURT.org.

Aviso de disponibilidad del Portal web para jurisdicción limitada civil para solicitar intérpretes

La corte superior de Los Ángeles brinda servicios de intérprete sin cargo para audiencias de jurisdicción limitada civil a las partes que tienen conocimientos limitados de inglés. Se dispone de intérpretes de español en todos los juzgados. Por lo tanto, no es necesario pedir un intérprete de español por adelantado. Si necesita un intérprete de español, infórmele al personal de la sala de la corte el día de su audiencia. Los individuos con conocimientos limitados de inglés que hablan un idioma que no sea el español pueden solicitar un intérprete antes de la audiencia en la corte por medio del Portal web de la corte para solicitar intérpretes (http://www.lacourt.org/irud/UI/index.aspx). La corte hará el mayor esfuerzo posible para programar un intérprete para la fecha y hora de su audiencia; sin embargo, no le podemos garantizar de que haya uno disponible en forma inmediata. Si tiene preguntas generales sobre los servicios de acceso lingüístico, envíe un mensaje a LanguageAccess@LACOURT.org.

Thông Báo về Cổng Web Thẩm Quyền Hộ Sự Giới Hạn để Xin Cung Cấp Thông Dịch Viên

Tòa Thượng Thẩm Los Angeles cung cấp dịch vụ thông dịch viên miễn phí cho những bên kiện có khả năng Anh Ngữ giới hạn trong những phiên tòa có thẩm quyền Hộ Sự Giới Hạn. Có sẵn thông dịch viên tiếng Tây Ban Nha tại tất cả các tòa. Do đó, không cần phải xin cung cấp thông dịch viên tiếng Tây Ban Nha trước. Nếu quý vị cần thông dịch viên tiếng Tây Ban Nha, xin cho nhân viên phòng xử biết về nhu cầu của quý vị vào ngày quý vị ra tòa. Người có khả năng Anh Ngữ giới hạn và nói một ngôn ngữ không phải tiếng Tây Ban Nha có thể xin cung cấp thông dịch viên trước ngày có phiên tòa của họ qua Cổng Web của Tòa cho Các Yêu Cầu Cung Cấp Thông Dịch Viên (http://www.lacourt.org/irud/UI/index.aspx). Tuy tòa sẽ nỗ lực để tìm một thông dịch viên cho ngày giờ phiên tòa của quý vị, tòa không thể bảo đảm sẽ có ngay. Nếu quý vị có thắc mắc tổng quát về các dịch vụ ngôn ngữ, xin liên lạc với chúng tôi tại LanguageAccess@LACOURT.org.

August 5, 2016

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

*Reserved for Clerk's File Stamp*

COURTHOUSE ADDRESS: _III Hill St    Los Angeles CA_

PLAINTIFF/PETITIONER: _Wilshire Royale Pacific_

DEFENDANT/RESPONDENT: _Patrice Edwards_

CASE NUMBER: _15570424_

## REQUEST FOR COPIES

I request copies of the following document(s):

| DATE FILED | DOCUMENTS | # PGS. | # CERT | COPIES | TOTAL |
|---|---|---|---|---|---|
| | Register Page | | | | |
| | Dissolution | | | | |
| | Support Order | | | | |
| 11/16/17 | Complaint/Answer | 15 | | ALL CERT | |
| | Judgments | | | | |
| | Dismissal | | | | |
| | Will | | | | |
| | Letters | | | | |
| | Decree | | | | |
| | Records Search | | | | |
| | Minute Order | | | | |
| | Order | | | | |
| | Order | | | | |
| | Order | | | | |
| | Entire File | | | | |
| | Other | | | | |
| | | | | | |
| | | | | | |
| | TOTAL | 15 | | | |

PAYMENT: ☐ Cash $

☐ Check/MO# _____ $ _____

☐ Credit Card $ _____

☒ Fee Waiver (Gov. Code, § 68630):

Date Fee Waiver Granted: _12/29/17_

☐ Exempt (Gov. Code, § 6103.4)

☐ Plaintiff    ☐ Defendant    ☐ Other

SPECIAL INSTRUCTIONS:

_____

_____

_____

DATE OF REQUEST: _1-25-18_

REQUESTOR'S INFORMATION:

PRINTED NAME: _Patrice Edwards_

ADDRESS: _2619 Wilshire Blvd_
_Apt 5416  90057_

PHONE: _213-674-4276_

SIGNATURE: _Patrice Edwards_

---

**To be completed by the clerk upon completion of work.**

# Pages copied: _15_

# Exemplifications: _____

# Certifications: _____

Other: _____

Total Fees Waived: _15_

Date Completed: _1-25-18_

SHERRI R. CARTER, Executive Officer/Clerk

by: _____
(Deputy Clerk)

LACIV 033 (Rev. 09/13)
LASC Approved 01-05

## REQUEST FOR COPIES
ORIGINAL-COURT/CUSTOMER COPY/ CONTROL COPY

(Gov. Code, §§ 68630 & 6103.4)

COMPLETED WORK   JAN 25 2018   CERTIFICATION UNIT

SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES

CUSTOMER NUMBER

## RECORDS DIVISION – FILE RELEASE/VIEWING REQUEST

**REQUESTOR INFORMATION:**

Requestor: _____ Patrice _____ Edwards    Date and Time: / 1/25/18 at 12 : 00 p.m.
      (PRINT FIRST NAME)    (PRINT LAST NAME)

Relation to Case: ☒ Party ☐ Public or Media ☐ Attorney Service ☐ Attorney of Record (Bar No.: _____ )

Address/Department: 2419 Wilshire Blvd Apt 549    Phone: 213-674-4276

City, State, & Zip Code: Los Angeles, CA 90057

**CASE INFORMATION:**

Title: Wilshire Purple Pacific vs Patrice Edwards    Case Number: / 75TUD04424

Reason for requesting the file? ☐ Review ☒ Copy ☐ Courtroom Hearing ☐ Other : _____

**Note:** Persons, who are not named parties, requesting access to paternity cases must also complete the *Parentage Action Request to Inspect and Copy* form (FAM 063) and attach it to this request.

## RELEASE TO ATTORNEY OF RECORD:

I am the attorney of record and will be taking the court file from the custody of the Records Department to the courtroom, Department _____, ☐ pursuant to the request of the judicial officer ☐ for the court hearing scheduled this date.

## FILE VIEWING GUIDELINES:

- **It is a crime to remove, damage, or alter any document within the court file.**
- Court files must not be concealed or removed from the file viewing area unless under the direct supervision of Court personnel.
- Court files must not be separated while being viewed.
- Do not eat or drink while in the File Viewing Area.
- Viewers are not allowed the use of cameras or cell phone cameras while viewing the court file.
- Portable image-capture devices used solely for the purpose of imaging documents will be permitted.
- **FILES MUST BE RETURNED TO THE FILE VIEWING AREA MONITOR** once business is concluded.

## ACKNOWLEDGEMENT

I am requesting the Court to allow me to review the above-mentioned case file. I have read and understand the guidelines for reviewing the case file and agree to comply with all of the terms described above. **I also understand that failure to comply with all of the terms described above may result in criminal prosecution.**

Signature : Patrice Edwards    Dated: 1-25-18

_____
(For Court Use Only)

Reviewed by: _____    Identification used: ☐ CA ID/CLD ☐ CA Bar Card ☐ Other ID: _____
    (INITIAL)    (Verify using a state, federal, or internationally accepted form of picture identification.)

File Search:   Volumes Released: _____    **File Not Found:** ☐ In courtroom ☐ Archives ☐ Search Form Completed

File Recovered/Notes : _____

| To Customer: | Case File Received By File Viewing Area Monitor: | INITIAL |
|---|---|---|
| Time released: _____ | ☐ Case file returned to Records | _____ |
| Released by: _____ <br> (INITIAL) | ☐ Case file sent to Certification Unit for Copies | _____ |
| | ☐ Other: _____ | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Wilshire Royael Pacific, LLC

**DEFENDANTS** ( Check box if you are representing yourself ☒ )

Patricia Edwards aka Patrice Edwards,

Does 1 to 10, inclusive

**(b)** County of Residence of First Listed Plaintiff    LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Chris Evans
555 South Flower Street, Suite 3400
Los Angeles, CA 90071

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Patrice Edwards
2619 Wilshire Boulevard, #504B
Los Angeles, CA 90057
(323) 348-0807

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1441(a) and/or (b)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☒ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:    Case Number

**CV 18-00653**

CV-71 (06/14)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| [X] Yes  [ ] No | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | | Southern |
| | [ ] Riverside or San Bernardino | | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ⟹ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [X] NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ⟹ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ⟹ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [X] NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ⟹ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| [ ] Yes  [X] No | [ ] Yes  [X] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ⟹ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⇓ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ⟹ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes  [X] No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   _[signature]_   DATE:  1/24/18

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |